Brigham J. Lundberg, USB No. 12583
Shelly Espinosa, USB No. 11658
Scott Lundberg, USB No. 02020
LUNDBERG & ASSOCIATES
3269 South Main Street, Suite 100
Salt Lake City, Utah 84115
Telephone:  (801) 263-3400
brigham.lundberg@lundbergfirm.com
*Attorneys for Plaintiff US Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-10*

L&A 12-26971/JLS/SMA

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>     Plaintiff,<br><br>v.<br><br>SVEN MARTENSON, SUSAN MARTENSON, AND JOHN DOE/JANE DOE/OCCUPANT,<br><br>     Defendants. | MOTION TO REMAND<br><br><br><br><br><br><br>Case No. 1:12-cv-00212-PMW<br><br>Magistrate Judge Paul M. Warner |

Plaintiff US Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-10 ("Plaintiff"), by and through counsel, respectfully moves this Court to issue an Order remanding this proceeding to the Second Judicial District Court of the State of Utah, in and for Weber County, Ogden Department.  The grounds for this

motion are lack of subject matter jurisdiction because defendants have failed to carry their burden of demonstrating that this case presents a "federal question" or "arises under" the laws of the United States, or that diversity jurisdiction exists.

Plaintiff submits that this case was wrongfully removed for the purpose of further delaying the eviction proceedings and avoiding a pending state court occupancy hearing. In particular, defendants have intentionally removed a simple state court eviction matter so as to enable themselves to continue to reside in a property that has been owned by Plaintiff since June 8, 2012, the date of the foreclosure sale.

Accordingly, pursuant to 28 U.S.C. § 1447(c), Plaintiff respectfully submits that this case should be immediately remanded to state court, and all costs and attorney fees incurred by Plaintiff in connection with having to bring this Motion to Remand should be awarded to Plaintiff and against defendants.

DATED this 12th day of October, 2012.

        Respectfully submitted,

        \_\_\_\_/s/ Brigham J. Lundberg_____
        Brigham J. Lundberg #12583
        LUNDBERG & ASSOCIATES
        *Attorneys for Plaintiff US Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-10*

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2012, I caused a copy of the foregoing document to be served via ECF to the following:

Craig P. Helgesen
Jason M. Yancey
Jack C. Helgesen
HELGESEN WATERFALL & JONES, PC
1436 S. Legend Hills Dr., Ste. 110
Clearfield, UT 84015
*Attorneys for Defendants*

                 /s/ Brigham J. Lundberg
                Brigham J. Lundberg #12583
                LUNDBERG & ASSOCIATES
                3269 South Main Street, Suite 100
                Salt Lake City, UT 84115
                Tel: (801) 263-3400
                brigham.lundberg@lundbergfirm.com